B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Michigan

In re  **Newcomb Print Communications, Inc.**                Case No.  **12-08042**
                          Debtor(s)                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anthem BCBS Insurance**<br>**Box 105113**<br>**Atlanta, GA 30348** | **Anthem BCBS Insurance**<br>**Box 105113**<br>**Atlanta, GA 30348** | **health insurance** | | **6,519.23** |
| **BP Amoco**<br>**Box 70887**<br>**Charlotte, NC 28272** | **BP Amoco**<br>**Box 70887**<br>**Charlotte, NC 28272** | **fuel card** | | **169.04** |
| **Braje, Nelson & Janes, LLP**<br>**126 E. 5th St.**<br>**Box 1006**<br>**Michigan City, IN 46361** | **Braje, Nelson & Janes, LLP**<br>**126 E. 5th St.**<br>**Box 1006**<br>**Michigan City, IN 46361** | **legal services** | | **2,839.00** |
| **Chicago Office Technology Group**<br>**Box 5940**<br>**Carol Stream, IL 60197** | **Chicago Office Technology Group**<br>**Box 5940**<br>**Carol Stream, IL 60197** | **supplies** | | **1,267.00** |
| **Comcast**<br>**Box 3007**<br>**Southeastern, PA 19398** | **Comcast**<br>**Box 3007**<br>**Southeastern, PA 19398** | **cable** | | **327.89** |
| **Domestic Uniform Rental**<br>**3401 Covington Rd.**<br>**Kalamazoo, MI 49001** | **Domestic Uniform Rental**<br>**3401 Covington Rd.**<br>**Kalamazoo, MI 49001** | **uniform rental** | | **117.00** |
| **Foster Printing Service**<br>**4295 S. Ohio St.**<br>**Michigan City, IN 46360** | **Foster Printing Service**<br>**4295 S. Ohio St.**<br>**Michigan City, IN 46360** | **servcies** | | **34,465.64** |
| **Freedom Retirement Plan Consultants, Inc**<br>**425 Park Place Circle #400**<br>**Mishawaka, IN 46545** | **Freedom Retirement Plan Consultants, Inc**<br>**425 Park Place Circle #400**<br>**Mishawaka, IN 46545** | **services** | | **7,854.50** |
| **Horizon Bank**<br>**Rebecca Hoyt Fischer**<br>**401 E. Colfax, Ste. 305**<br>**South Bend, IN 46617** | **Horizon Bank**<br>**Rebecca Hoyt Fischer**<br>**401 E. Colfax, Ste. 305**<br>**South Bend, IN 46617** | **all property** | | **489,945.00**<br><br>**(50,000.00 secured)** |
| **J.F. Carter Publishing Inc.**<br>**4525 North 400 West**<br>**La Porte, IN 46350** | **J.F. Carter Publishing Inc.**<br>**4525 North 400 West**<br>**La Porte, IN 46350** | **services** | **Disputed** | **4,000.00** |
| **Kramer & Leonard, Inc.**<br>**312 Roberts Rd.**<br>**Chesterton, IN 46304** | **Kramer & Leonard, Inc.**<br>**312 Roberts Rd.**<br>**Chesterton, IN 46304** | **services** | | **681.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Newcomb Print Communications, Inc.**  Case No. **12-08042**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LaPort County Treasurer<br>Box J<br>Michigan City, IN 46361 | LaPort County Treasurer<br>Box J<br>Michigan City, IN 46361 | taxes | | 5,332.51 |
| Lindenmeyr Munroe<br>Box 99922<br>Chicago, IL 60696 | Lindenmeyr Munroe<br>Box 99922<br>Chicago, IL 60696 | | | 580.00 |
| Midwest Envelopes Inc.<br>480 W. Hintz Rd.<br>Wheeling, IL 60090 | Midwest Envelopes Inc.<br>480 W. Hintz Rd.<br>Wheeling, IL 60090 | supplies | | 6,017.00 |
| Midwest Telecom of America<br>1567 E. 93rd<br>Merrillville, IN 46410 | Midwest Telecom of America<br>1567 E. 93rd<br>Merrillville, IN 46410 | communications | | 6,018.00 |
| Milgnone Communications<br>880 E. State St.<br>Huntington, IN 46750 | Milgnone Communications<br>880 E. State St.<br>Huntington, IN 46750 | communications | | 6,209.00 |
| National Investigative Center<br>2555 Fairview Pl.<br>Greenwood, IN 46142 | National Investigative Center<br>2555 Fairview Pl.<br>Greenwood, IN 46142 | services | | 2,500.00 |
| Ricoh USA<br>1738 Bass Rd.<br>Macon, GA 31210 | Ricoh USA<br>1738 Bass Rd.<br>Macon, GA 31210 | leasing | | 548.00 |
| SuperMedia<br>Box 619009<br>Dallas, TX 75261 | SuperMedia<br>Box 619009<br>Dallas, TX 75261 | supplies | | 318.00 |
| WageWorks<br>1100 Park Place, 4th Flr.<br>San Mateo, CA 94403 | WageWorks<br>1100 Park Place, 4th Flr.<br>San Mateo, CA 94403 | services | | 426.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 5, 2012**    Signature **/s/ John Kelly Newcomb**
**John Kelly Newcomb**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Michigan

In re  **Newcomb Print Communications, Inc.**                                          Case No.  **12-08042**
                                      Debtor(s)                                         Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Newcomb Print Communications, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September  5, 2012** | **/s/ Don Darnell** |
| Date | **Don Darnell P55268** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Newcomb Print Communications, Inc.** |
| | **Darnell Law Offices** |
| | **7926 Ann Arbor St.** |
| | **Dexter, MI 48130** |
| | **734-424-5200 Fax:734-786-1605** |
| | **dondarnell@darnell-law.com** |